**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| RENEWABLE ENERGY ALTERNATIVES, LLC, | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | )          No. 1:25CV00154 SEP |
| | ) |
| NOVEL ENERGY SOLUTIONS, LLC, | ) ) |
| Defendant(s). | ) |

**CLERK'S ENTRY OF DEFAULT**

This matter is before the Clerk of Court on Plaintiff's Motion for Entry of Clerk's Default [ECF No.42] against Defendant Novel Energy Solutions, LLC, pursuant to Rule 55(a), Federal Rules of Civil Procedure. The record reflects that company Defendant remains unrepresented by counsel and the law does not allow corporations to proceed as a self-represented party. Corporations that fail to be represented by counsel are, therefore, in default.

Accordingly, Plaintiff's Motion for Entry of Clerk's Default [ECF No. 42] is granted and the default of Defendant Novel Energy Solutions, LLC, is hereby entered.

Dated this 11th day of August 2026.

_____
Katie Spurgeon
Chief Deputy of Operations